JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Beijing SouFun Science and Technology Development Co., Ltd., a People's Republic of China corporation,<br><br>              Petitioner,<br><br>   v.<br><br>Yao Lin, an individual,<br><br>             Respondent. | Case No. 2:22-cv-05898-AB-AGR<br><br>**[PROPOSED] JUDGMENT**<br><br>[Supporting Memorandum and Declaration of Kaitie Farrell Concurrently Filed Herewith] |

- 1 –

The Court, having granted Petitioner Beijing SouFun Science and Technology Development Co., Ltd.'s ("SouFun") Petition for Confirmation, Recognition, and Enforcement of Foreign Arbitration Award, and having confirmed the Foreign Arbitral Award dated September 6, 2019 heard before the China International Economic and Trade Arbitration Commission, Case No. [2019] Zhong Guo Mao Zhong Jing Cai Zi No. 1355,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

Respondent Yao Lin shall pay SouFun:

1. $17,989,991.87 (RMB 123,546,269.20) for damages and costs.
2. $3,169,474.55 in interest on RMB 82,418,872.85 for the period from September 8, 2017 to the date of the Judgment.
3. $5,689.55 in interest on RMB 148,794.45 for the period from September 19, 2017 to the date of the Judgment.
4. Post-judgment interest at the rate of 4.32% in accordance with 28 U.S.C. § 1961(a)

Dated: April 12, 2023

By: _____
Honorable André Birotte Jr.
United States District Judge